PREET BHARARA
United States Attorney for the
Southern District of New York
By:  JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2679
Facsimile:  (212) 637-2717
Email: jean-david.barnea@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAC WILLIAM BISHOP and CHRISTOPHER CHIVERS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | 13 Civ. 8620 (GWG) <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the

Declaration of Laurence E. Castelli and all exhibits attached thereto, Defendant the United States

Department of Homeland Security ("DHS"), by and through its attorney, Preet Bharara, United

States Attorney for the Southern District of New York, will move this Court before the

Honorable Gabriel W. Gorenstein, United States Magistrate Judge, United States Courthouse,

500 Pearl Street, New York, New York 10007, at a date and time as the Court may direct, for an

order granting summary judgment to DHS on all claims in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated March 10,

2014, Plaintiff's answering papers, if any, must be served upon the United States Attorney's

Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York

10007, no later than May 12, 2014, or as otherwise permitted by Paragraph 2.B of the Court's

Individual Practices.

Dated:   New York, New York
         April 21, 2014

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                         By:        s/Jean-David Barnea
                                    _____
                                    JEAN-DAVID BARNEA
                                    Assistant United States Attorney
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2679
                                    Facsimile:  (212) 637-2717
                                    E-mail:  Jean-David.Barnea@usdoj.gov

To:    **BY ECF**
       David E. McCraw
       D. Victoria Baranetsky
       The New York Times Company
       Legal Department
       620 Eighth Avenue, 18th Floor
       New York, NY 10018
       *Counsel for Plaintiffs*