David E. McCraw, Esq.
D. Victoria Baranetsky, Esq.
The New York Times Company
Legal Department
620 Eighth Ave.
New York, NY 10018
Phone: (212) 556-4031
Facsimile: (212) 556-1009
Email: mccraw@nytimes.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAC WILLIAM BISHOP and CHRISTOPHER CHIVERS, | |
| Plaintiffs, | 13 Civ. 8620 (GWG) |
| - against - | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

---

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum of Law in Support of their Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment; the Declaration of David E. McCraw, dated May 12, 2014; and all prior papers and proceedings in this action, Plaintiffs shall move this Court at such time and date as set by the Court for an order (i) granting Plaintiffs' cross-motion for summary judgment or, in the alternative, ordering *in camera* review of the documents at issue; (ii) awarding Plaintiffs the costs of this proceeding, including reasonable attorney's

#57671

fees, as expressly permitted by the Freedom of Information Act; and (iii) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, by an Order of the Court, dated March 10, 2014, Defendant's responsive papers are to be served no later than June 9, 2014 and Plaintiffs' reply no later than June 16, 2014.

Dated: New York, NY
May 12, 2014

Respectfully submitted,

David E. McCraw, Esq.
D. Victoria Baranetsky, Esq.
The New York Times Company
Legal Department
620 Eighth Ave.
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
Email: mccraw@nytimes.com

Attorneys for Plaintiffs

To:

John-David Barnea
Assistant U.S. Attorney
U.S. Attorney's Office for the
Southern District of New York
86 Chambers Street
New York, NY 10007

AUSA for Defendant

(via ECF)

#57671