```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAC WILLIAM BISHOP and                      :
CHRISTOPHER CHIVERS,
                                            :
            Plaintiffs,                        ORDER
                                            :
       -v.-                                    13 Civ. 8620 (GWG)
                                            :
UNITED STATES DEPARTMENT OF,
HOMELAND SECURITY                           :

            Defendant.                      :
---------------------------------------------------------------x
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Counsel for defendant is directed to deliver to Chambers (by email or hand delivery), <u>ex parte</u> and for <u>in camera</u> review, unredacted versions of the documents at issue in this case. If counsel wishes to email these documents, counsel should contact Chambers by telephone for instructions on how to do so.

SO ORDERED.

Dated: July 17, 2014
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge